# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MARK PRATT  
REG. #12730-026                                                               PETITIONER

VS.                            2:04CV00163 JTR

LISA SANDERS, Warden  
FCI, Forrest City, Arkansas                                     RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 12th day of July, 2006.

_____  
UNITED STATES MAGISTRATE JUDGE